# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | |
| Plaintiff, | 8:22CV291 |
| vs. | ORDER |
| **JACOBS ASSOCIATES, INC., and LRL CONSTRUCTION COMPANY, INC.,** | |
| Defendants. | |

Plaintiff has filed a Status Report (Filing No. 34) notifying the Court that the parties have settled their disputes and anticipate filing a stipulation of dismissal within thirty days. Accordingly,

**IT IS ORDERED:**

1. On or before **March 4, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 2nd day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge